# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 18, 2018

Mr. John L. Medearis
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 17-5895/17-5877, *Sun Life Assurance Co. v. Conestoga Trust Services, LLC*
Originating Case No. : 3:14-cv-00539

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Roy G. Ford
                              Case Manager
                              Direct Dial No. 513-564-7016

cc:  Ms. Lynzi J. Archibald
     Mr. John Michael Bloor
     Mr. Michael John Miller
     Mr. James C Orr Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-5895/17-5877

_____

Filed: May 18, 2018

SUN LIFE ASSURANCE COMPANY OF CANADA

    Plaintiff - Appellee Cross-Appellant

v.

CONESTOGA TRUST SERVICES, LLC, as Trustee of the Conestoga Settlement Trust, dated May 1, 2010

    Defendant - Appellant Cross-Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/03/2018 the mandate for this case hereby issues today.

COSTS: None